IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In Re: | ) | |
| --- | --- | --- |
| | ) | Case No. 06-21017-7 |
| KONZA FINANCIAL, INC., | ) | Lead Case |
| Debtor. | ) | |
| | ) | |
| In Re: | ) | |
| | ) | Case No. 06-21018-7 |
| GROUP KONZA, INC., | ) | |
| Debtor. | ) | |
| | ) | |
| In Re: | ) | |
| | ) | Case No. 06-21019-7 |
| FLORENCE FINANCIAL INTERNATIONAL, | ) | |
| Debtor. | ) | |

<u>MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY</u>

COMES NOW the Chapter 7 Trustee, CHRISTOPHER J. REDMOND, and files this Motion to Deposit Funds Into The Court Registry (the "<u>Motion</u>"). In support thereof, the Trustee states as follows:

1. On July 14, 2006, the above-named Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code, Title 11, U.S.C., and Christopher J. Redmond was appointed the Chapter 7 Trustee herein to administer the assets of these bankruptcy estates.

2. The Court entered an Order on February 16, 2007, granting the Trustee's Motion to substantively consolidate and jointly administer these Chapter 7 proceedings.

3. The Trustee filed his Final Report with Notice provided to all parties of interest and on December 14, 2011, the Court entered an Order Authorizing Distribution on January 5, 2012.

4. The following dividend was issued, pursuant to the Order Authorizing Distribution, to-wit:

| Check No. | Issued | Paid To | Amount |
| --- | --- | --- | --- |
| 6011 | 01/09/12 | Claim #15<br>Shirley A. Duley<br>1209 Willow Spring Circle<br>Germantown, MD 20874 | $3,145.23 |
| | | TOTAL | $3,145.23 |

KCP-4291962-1

5. Check returned with the envelope marked "Not Deliverable as Addressed" "Unable to Forward". The Trustee's office attempted to locate this claimant and found information that this claimant is now deceased.

6. Given this information, the Trustee requests that the Court enter an Order allowing and authorizing him to turn these funds over to the Court Registry, so that this matter may be closed.

7. A true and correct copy of this Motion is being electronically served upon the Office of the United States Trustee and all parties receiving CM/ECF notice in this case. The Trustee does not believe further or additional Notice is necessary, due to the approval of the Trustee's Final Report in this case and distribution made.

WHEREFORE, the Trustee moves the Court for an Order authorizing the Trustee herein to transfer the funds still held in the bankruptcy estate's account in the sum of $3,145.23, for deposit into the Court Registry for the reasons set forth herein; and for such other and further relief as this Court deems just and proper.

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
*HUSCH BLACKWELL LLP*
4801 Main St., Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
christopher.redmond@huschblackwell.com

CERTIFICATE OF SERVICE

       The Undersigned hereby certifies that the above and foregoing MOTION was filed electronically on January 18, 2013, with the Clerk of the United States Bankruptcy Court and was served upon the Office of the United States Trustee and all parties receiving CM/ECF in this matter, as evidenced by the receipt generated at the time of filing.

                                              *s/ Cindy Houser*

KCP-4291962-1